```
DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar # 179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GIOVANNI RAUDA-LUNA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S 08-164 LKK |
| Plaintiff, ) | |
| v. ) | ORDER AFTER HEARING |
| GIOVANNI RAUDA-LUNA ) | |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

This matter came before the Court for status conference on November 1, 2011 in the courtroom of the Honorable Lawrence K. Karlton, Senior U.S. District Court Judge. Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America; Chief Assistant Federal Defender Linda C. Harter appeared on behalf of defendant GIOVANNI RAUDA-LUNA who was present and in custody.

Defense counsel requested that the matter be set for further status conference on November 15, 2011 at 9:15 a.m.

The parties agreed on the need for additional time to allow time for defense preparation.

IT IS HEREBY ORDERED that this matter be set for status conference on November 15, 2011 at 9:15 a.m.

1    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
2 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
3 from November 1, 2011 to and including November 15, 2011 is excluded
4 from the time computations required by the Speedy Trial Act due to
5 ongoing preparation of counsel.  The Court specifically finds that the
6 ends of justice served by granting of such a continuance outweigh the
7 interest of the public and the defendant in a speedy trial.
8 DATED: November 3, 2011

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```