1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   GIOVANNI RAUDA-LUNA
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )   NO. CR.S-08-164-LKK
11                                     )
                          Plaintiff,   )
12                                     )   **STIPULATION AND ORDER;**
          v.                           )   **CONTINUING STATUS**
13                                     )   **CONFERENCE  AND EXCLUDING**
   GIOVANNI RAUDA-LUNA,                )   **TIME**
14                                     )
                                       )   Date:   November 29, 2011
15                        Defendant.   )   Time:  9:15 a.m.
                                       )   Judge: Hon. Lawrence K. Karlton
16 _____

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their

19 respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

20 Plaintiff, and COURTNEY FEIN, attorney for GIOVANNI RAUDA-LUNA, that the status

21 conference hearing date of November 15, 2011 be vacated, and the matter be set for status

22 conference on November 29, 2011 at 9:15 a.m.

23       The reason for this continuance is to allow defense counsel additional time to review

24 the discovery and continue investigating the facts of the case.

25       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

26 should be excluded from the date of signing of this order through and including November 29,

27 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

28 Code T4 based upon continuity of counsel and defense preparation.

1    DATED:  November 18, 2011.                    Respectfully submitted,

2                                                  DANIEL J. BRODERICK
                                                   Federal Public Defender
3

4                                                  /s/ Courtney Fein
                                                   COURTNEY FEIN
5                                                  Designated Counsel for Service
                                                   Attorney for MR. RAUDA-LUNA
6

7    DATED:  November 18, 2011.                    BENJAMIN WAGNER
                                                   United States Attorney
8

9                                                  /s/ Michele Beckwith
                                                   MICHELE BECKWITH
10                                                 Assistant U.S. Attorney
                                                   Attorney for Plaintiff
11

12                              ORDER

13

14        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

15   November 15, 2011,  status conference hearing be continued to November 29, 2011 at 9:15

16   a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the

17   Court hereby finds that the failure to grant a continuance in this case would deny defense

18   counsel reasonable time necessary for effective preparation, taking into account the exercise

19   of due diligence.

20        The Court finds that the ends of justice to be served by granting a continuance outweigh

21   the best interests of the public and the defendant in a speedy trial.  It is ordered that time up

22   to and including the November 29, 2011 status conference shall be excluded from computation

23   of time within which the trial of this matter must be commenced under the Speedy Trial Act

24   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

25   counsel reasonable time to prepare.

26

27   Dated: November 15, 2011

28                                                 LAWRENCE K. KARLTON
                                                   SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT

                                       2