DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
GIOVANNI RAUDA-LUNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-08-164-LKK |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION AND ORDER;** <br> ) **CONTINUING STATUS CONFERENCE AND** |
| v. | ) **EXCLUDING TIME** |
| GIOVANNI RAUDA-LUNA, | ) Date: January 10, 2012 <br> ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for GIOVANNI RAUDA-LUNA, that the status conference hearing date of November 29, 2011 be vacated, and the matter be set for status conference on January 10, 2012, 2011 at 9:15 a.m.

The reason for the continuance is that the defendant needs more time to consider the government's plea agreement. Defense counsel believes that a change of plea is forthcoming.

Based upon the foregoing, the parties agree that the time

under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 10, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 18, 2011.        Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Courtney Fein
                                            COURTNEY FEIN
                                            Designated Counsel for Service
                                            Attorney for MR. RAUDA-LUNA

DATED: November 18, 2011.        BENJAMIN WAGNER
                                            United States Attorney

                                            /s/ Michele Beckwith
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 29, 2011, status conference hearing be continued to January 10, 2012 at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the

1  public and the defendant in a speedy trial.  It is ordered that
2  time up to and including the January 10, 2012 status conference
3  shall be excluded from computation of time within which the
4  trial of this matter must be commenced under the Speedy Trial
5  Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local
6  Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT